STATE OF NORTH CAROLINA v. JOHN QUICK

No. 7418SC673

(Filed 18 September 1974)

APPEAL by defendant from *Copeland, Special Judge,* 22 April 1974 Regular Criminal Session of GUILFORD Superior Court, High Point Division. Heard in the Court of Appeals 27 August 1974.

Defendant was charged in a bill of indictment with assault with intent to commit rape in violation of G.S. 14-22. Defendant pleaded not guilty and was tried by a jury.

The State offered evidence tending to show that the defendant actually committed an assault with intent to force Jeanette Little, a female, age twelve (12) years, to have sexual relations with him and that she was afraid for her physical safety.

The defendant's evidence was principally that of the defendant's own denial of the charges, and other evidence seeking to show that he was not with Jeanette Little on the day in question.

The jury returned a verdict of guilty as charged in the bill of indictment.

*Attorney General Robert Morgan by Associate Attorney Keith L. Jarvis for the State.*

*Hugh C. Bennett, Jr., for the defendant appellant.*

CAMPBELL, Judge.

The evidence on behalf of the State was sufficient to require submission of the case to the jury. Counsel for defendant frankly admits that no prejudical error was committed at trial. The State in its brief agrees. We have examined the various assignments of error and the record proper and find no prejudicial error.

Affirmed.

Judges PARKER and VAUGHN concur.